■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL BURGOS, Appellant. [785 NYS2d 344]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered February 23, 2001, convicting him of robbery in the second degree (four counts) and criminal possession of stolen property in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence adduced at the trial in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Ritter, J.P., S. Miller, Goldstein and Fisher, JJ., concur.